Erik Alberts, Esq.
APEX INJURY ATTORNEYS, INC.
101 N Brand Blvd., Suite 1900
Glendale, CA 91203
T: (818) 230-8380 | F: (818) 230-0803
ealberts@apexinjury.law

Attorneys for Plaintiff
MARTHA LIDIA PHILLIPS

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN BERNARDINO – RANCHO CUCAMONGA COURTHOUSE

| | |
|---|---|
| MARTHA LIDIA PHILLIPS, an individual, <br> Plaintiff, <br> vs. <br> COSTCO WHOLESALE MEMBERSHIP, INC.; COSTCO WHOLESALE CORPORATION; and DOES 1 to 50, inclusive, <br><br> Defendant(s) | Case No. CIVRS2400596 <br><br> **PLAINTIFF`S RESPONSE TO DEMAND FOR PRODUCTION OF DOCUMENTS, SET ONE** |

DEMANDING PARTY:     DEFENDANT, COSTCO WHOLESALE CORPORATION

RESPONDING PARTY:    PLAINTIFF, MARTHA LIDIA PHILLIPS

SET NUMBER:          ONE

    COMES NOW Plaintiff, MARTHA LIDIA PHILLIPS responds to the Demand for Production of Documents, Set One propounded by Defendant, COSTCO WHOLESALE CORPORATION. Said Responses are given without prejudice as to discovery of further and new information.

| Martha Phillips DOL 09/11/2022 | | | | | |
|---|---|---|---|---|---|
| DOS | Provider | Provider Type | Description | Bill Amount | NOTES |
| 02/23/2023 - 03/06/2023 | Jenkins Chiropractic | Chiro | 3 Sessions | $1,195.00 | Available in Neos |
| 03/31/2023 - 04/05/2023 | Cedar Pointe Chiropractic Group | Chiro | 2 Sessions | $780.00 | Available in Neos |
| 04/18/2023 | Rancho Open MRI | Rad/Imaging | MRI (CS, LS) | $4,200.00 | Available in Neos |
| 04/27/2023 | Center for Pain Control (Dr. Sanvij Jain) | Pain Management | Initial Evaluation | $1,050.00 | Available in Neos |
| 06/13/2023 | Center for Pain Control (Dr. Sanvij Jain) | Pain Management | Follow Up | $500.00 | Available in Neos |
| 06/13/2023 | Center for Pain Control (Dr. Sanvij Jain) | Pain Management | Procedure: Caudal ESI, Bilateral L4-5 Therapeutic. Facet Steroid Inj | $13,000.00 | Available in Neos |
| 07/27/2023 | Neurospine Institute (Dr. Mudda) | Pain Management | Initial Evaluation | $1,750.00 | Available in Neos |
| 08/17/2023 | Neurospine Institute (Dr. Mudda) | Pain Management | Procedure: Bilateral L4-5, L5-S1 Facet Block | $4,846.65 | Available in Neos |
| 08/28/2023 | Neurospine Institute (Dr. Mudda) | Pain Management | Follow Up | $1,500.00 | Available in Neos |
| 09/22/2023 | Neurospine Institute (Dr. Mudda) | Pain Management | DME | $1,950.00 | Available in Neos |
| 09/27/2023 | Family Pharmacy Services | Pharmacy | Pain Prescription | $1,190.81 | Available in Neos |
| 10/31/2023 | Ocean Spine (Dr. Pranay Patel) | Orthopedics | Ortho Surgery - Initial Evaluation | $2,000.00 | Available in Neos |
| 11/02/2023 | Coastal Medical Group (Dr. Neville Alleyn) | Orthopedics | Ortho Surgery - Initial Evaluation | $1,735.00 | Available in Neos |
| 11/09/2023 | Neurospine Institute (Dr. Mudda) | Pain Management | Follow Up | $1,500.00 | Available in Neos |
| 11/17/2023 | Rancho Open MRI | Rad/Imaging | MRI (LS) | $2,100.00 | Available in Neos |
| 11/30/2023 | Coastal Medical Group (Dr. Neville Alleyn) | Orthopedics | Ortho Surgery - Follow Up - NO SHOW | $250.00 | Available in Neos |
| 03/04/2024 | Neurospine Institute (Dr. Carson) | Neurosurgery | Neurosurgery - Initial Evaluation | $1,750.00 | Available in Neos |
| 03/28/2024 | Advanced Spine and Pain (Phoenix, AZ) | Neurology | EMG-NCV Bilat Lower Extremities | $3,232.00 | Available in Neos |
| 04/15/2024 | Neurospine Institute (Dr. Carson) | Neurosurgery | Follow Up | $1,800.00 | Available in Neos |
| 05/07/2024 | SimonMed Imaging (Casa Grande, AZ) | Rad/Imaging | X-RAY (Chest - PreOp) | $239.25 | Available in Neos |
| 05/14/2024 - 05/15/2024 | Dr. Anil Date, M.D | Telemed | PreOps | $5,450.00 | Available in Neos |
| 05/17/2024 | Neurospine Institute (Dr. Carson) | Neurosurgery | Follow Up | $1,800.00 | Available in Neos |
| 05/22/2024 | Neurospine Institute (Dr. Carson) | Neurosurgery | (Surgery): L4-L5 endoscopic laminectomies for decompression | $16,500.00 | Available in Neos |
| 05/22/2024 | Neurospine Institute (Dr. Quan Ma) | Neurosurgery | (Surgery): L4-L5 endoscopic laminectomies for decompression | $8,250.00 | Available in Neos |
| 05/22/2024 | Neurospine Institute (Dr. Carson) | Neurosurgery | DME | $1,950.00 | Available in Neos |
| 05/22/2024 | Skyline Surgery Center | Surgery Center | (Surgery): L4-L5 endoscopic laminectomies for decompression | $70,000.00 | Available in Neos |
| 05/22/2024 | Dream Anesthesia, APMC | Anesthesia | (Surgery): L4-L5 endoscopic laminectomies for decompression | $5,500.00 | Available in Neos |
| 06/05/2024 | Neurospine Institute (Dr. Carson) | Neurosurgery | Follow Up - Post-Op # 1 | $0.00 | Available in Neos |
| 06/27/2024 | SimonMed Imaging (Carlsbad, CA) | Rad/Imaging | X-RAY (Lumbar Spine - Post Op) | **PENDING** | **PENDING** |
| 07/08/2024 | Neurospine Institute (Dr. Carson) | Neurosurgery | Follow Up - Post-Op # 2 | $0.00 | Available in Neos |
| 08/13/2024 - 09-18-2024 | Living Hope Home Healthcare | Physical Therapy | Post-Op In-Home Physical Therapy - 15 sessions | $7,000.00 | Available in Neos |
| 09/12/2024 | Precise Imaging (Corona, CA) | Rad/Imaging | MRI (CS) | $2,200.00 | Available in Neos |
| 09/17/2024 | Neurospine Institute (Dr. Carson) | Neurosurgery | Follow Up | $1,800.00 | Available in Neos |
| 09/26/2024 | Precision Occupational Medical Group | Neurology | EMG-NCV Bilat Upper Extremities | **PENDING** | **PENDING** |
| 09/27/2024 | Neurospine Institute (Dr. Mudda) | Pain Management | Re-Evaluation | $1,800.00 | Available in Neos |
| | | | **Total (So Far):** | **$168,818.71** | |