Namvar A. Mokri, Bar No. 184912
Jennifer M. Damon, Bar No. 115963
Oliver P. Lasley Jr., Bar No. 120816
**MOKRI VANIS & JONES LLP**
4100 Newport Place Drive, Suite 840
Newport Beach, CA 92660
Tel: 949.226.7040 | F: 949.226.7150
E: nmokri@mvjllp.com; jdamon@mvjllp.com; olasley@mvjllp.com

Attorneys for Defendants,
COSTCO WHOLESALE MEMBERSHIP, INC. and
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARTHA LIDIA PHILLIPS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE MEMBERSHIP, INC.; COSTCO WHOLESALE CORPORATION; and DOES 1 to 50, inclusive,<br><br>Defendant(s). | Case No. 5:25-cv-02145 MCS (MAAx)<br>[Assigned to District Judge Mark C. Scarsi and Magistrate Judge Maria A. Audero]<br><br>**DECLARATION OF LEIGH ANN RUIJTERS IN SUPPORT OF DEFENDANTS OPPOSITION TO MOTION TO REMAND** |

DECLARATION OF LEIGH ANN RUIJTERS

I, Leigh Ann Ruijters, declare as follows:

1. I am a Complex Claims Specialist at Costco Wholesale Corporation. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendants' Opposition to Motion to Remand.

2. Costco Wholesale Membership, Inc. ("CWMI") is a subsidiary of Costco Wholesale Corporation ("Costco"). While CWMI is a California corporation, its principal place of business is located in Issaquah, Washington.

3. CWMI has never held any ownership interest in any of the Costco warehouses, including the Costco warehouse located in Rancho Cucamonga where plaintiff MARTHA LIDIA PHILLIPS ("Phillips") alleges that she was struck by shopping carts on September 11, 2022. CWMI never rented or leased any portion of any Costco warehouse that is open to Costco Members, including the area where Phillips claims that she was struck by the carts.

4. CWMI has never had any obligation or authority to direct, supervise, secure, inspect, operate, maintain or control any of the Costco warehouses.

5. CWMI does not maintain any employees in Costco warehouses, including the warehouse where plaintiff alleges the incident occurred.

6. CWMI's purpose is to collect membership revenues from Costco members at all United States locations.

7. CWMI does not scan or check membership cards at the warehouse or otherwise monitor, control, or have any involvement whatsoever in the ingress, egress, or movement or collection of carts at Costco's warehouses.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this date, August _29_, 2024, at Issaquah, Washington.

By: ______________________

Leigh Ann Ruijters,

MOKRI VANIS & JONES, LLP
4100 NEWPORT PLACE DRIVE, SUITE 840
NEWPORT BEACH, CA 92660
949.226.7040 | F: 949.226.7150

MOKRI VANIS & JONES, LLP
4100 NEWPORT PLACE DRIVE, SUITE 840
NEWPORT BEACH, CA 92660
949.226.7040 | F: 949.226.7150

CERTIFICATE OF SERVICE

**Case Name:*Phillips, Martha Lidia v. Costco Wholesale Membership, Inc., et al.,***
**Case No.: 5:25-cv-02145**

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action or proceeding. I am employed in the County of Orange, State of California where the mailing occurs and my business address is 4100 Newport Place Drive, Suite 840, Newport Beach, CA 92660.

On August 29, 2025, I caused to be served the following document(s):

**DECLARATION OF LEIGH ANN RUIJTERS IN SUPPORT OF DEFENDANTS OPPOSITION TO MOTION TO REMAND**

on the interested parties in this action by:

_X___ ELECTRONIC SERVICE: I caused electronic service of the document(s) described above to the person(s) and email addresses identified below to the e-mail address as shown, on the date listed below. A true copy of the above-described document(s) was transmitted by electric transmission through the United States District Court **CM/ECF** program, which will send notification(s) of such filing.

_X___ ONLY BY ELECTRONIC TRANSMISSION: I transmitted the document(s) described above to the person(s) and email addresses identified below pursuant to California Rules of Court. [CRC Rule 2.251(b)(c)(3)]

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 29, 2025, at Newport Beach, California.

OLIVIA TERRAZAS

MOKRI VANIS & JONES, LLP
4100 NEWPORT PLACE DRIVE, SUITE 840
NEWPORT BEACH, CA 92660
949.226.7040 | F: 949.226.7150

**SERVICE LIST**

| | |
|---|---|
| David H. Yeremian, Esq.<br>APEX INJURY ATTORNEYS, INC.<br>101 N. Brand Blvd., Suite 602<br>Glendale, CA 91203-2687<br>T: (818) 230-8380 \| F: (818) 230-0308<br>E: david@apexinjury.law<br>cc: Alvina Arakelian, Paralegal:<br>alvina@apexinjury.law;<br>Desiree Townsend, Paralegal:<br>dtownsend@apexinjury.law | *Attorneys for Plaintiff, MARTHA LIDIA PHILLIPS* |